UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18 CR 85-03 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -v- | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| LEA M. HALCOMB, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Lea M. Halcomb, which was referred to the Magistrate Judge with the consent of the parties.

On March 14, 2018, the government filed a thirteen count Superseding Indictment, charging Defendant Lea M. Halcomb in Count 13, with Selling or Disposing of Firearm to a Prohibited Person, in violation of Title 18 U.S.C. § 922(d)(1). Defendant Halcomb was arraigned on April 12, 2018, and entered a plea of not guilty to Count 13 of the Superseding Indictment, before this Court. On July 17, 2018, Magistrate Judge Baughman, received Defendant Halcomb's plea of guilty to Count 13 of the Superseding Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Halcomb is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea

agreement is approved.

Therefore, Defendant Halcomb is adjudged guilty to Count 13 of the Superseding Indictment, in violation of Title 18 U.S.C. § 922(d)(1), Selling or Disposing of Firearm to a Prohibited Person. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on October 23, 2018, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 3, 2018